07 cv 3515

STAYED

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00188-JJB-DLD
### Internal Use Only

Augustus, IV v. Merck & Co, Inc, A New Jersey Corporation
Assigned to: Judge James J. Brady
Referred to: Magistrate Judge Docia L Dalby
Case in other court: Southern District of New York, 06md1789
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/20/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Henry J. Augustus, IV**   #2           represented by   **Scott E. Brady**
8712 Jefferson Hwy, Ste. B
Baton Rouge, LA 70809
225-924-7636
Fax: 225-231-7000
Email: scott@bradylawfirmllc.com
Start Date: 03/20/2007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Bohrer**
Bohrer Law Firm
8712 Jefferson Highway
Suite B
Baton Rouge, LA 70809
225-925-5297
Fax: 225-231-7000 FAX
Email: phil@bohrerlaw.com
Start Date: 03/20/2007
*ATTORNEY TO BE NOTICED*

MAY 15 2007

A TRUE COPY
[signature] 5/7/07
Deputy Clerk   Date
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

V.

**Defendant**

**Merck & Co. Inc., A New Jersey Corporation**    represented by   **Erick Yukihiko Miyagi**
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821
225-387-3221
Fax: 225-346-8049
Email: hiko.miyagi@taylorporter.com
Start Date: 04/13/2007

*ATTORNEY TO BE NOTICED*

**William H.L. Kaufman**
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821
225-387-3221
Fax: 225-346-8049
Email: william.kaufman@taylorporter.com
Start Date: 04/13/2007
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2007 | 1 | COMPLAINT *and Demand for Jury Trial* against Merck & Co, Inc, A New Jersey Corporation ( Filing fee $ 350 receipt number 204884.), filed by Henry J. Augustus, IV. (Attachments: # 1 Civil Cover Sheet# 2 Summons)(Brady, Scott) (Entered: 03/20/2007) |
| 03/20/2007 |  | (Court only) ***Attorney Philip Bohrer for Henry J. Augustus, IV added. (PAH, ) (Entered: 03/20/2007) |
| 03/20/2007 | 2 | Summons Issued as to Merck & Co. Inc., A New Jersey Corporation. (NOTICE: Counsel shall print and serve both the summons and all attachments in accordance with Federal Rule of Civil Procedure 4.) (PAH, ) (Entered: 03/20/2007) |
| 03/21/2007 | 3 | Letter to MDL Panel notifying panel of possible MDL case (PAH, ) (Entered: 03/21/2007) |
| 03/26/2007 | 4 | SUMMONS Returned Executed by Henry J. Augustus, IV. Merck & Co. Inc., A New Jersey Corporation served on 3/23/2007, answer due 4/12/2007. (Brady, Scott) (Entered: 03/26/2007) |
| 04/13/2007 | 5 | ANSWER to Complaint with Jury Demand by Merck & Co. Inc., A New Jersey Corporation.(Kaufman, William) (Entered: 04/13/2007) |
| 04/13/2007 |  | (Court only) ***Attorney Erick Yukihiko Miyagi for Merck & Co. Inc., A New Jersey Corporation added. (SAH) (Entered: 04/13/2007) |
| 04/23/2007 | 6 | Unopposed MOTION to Stay *all Proceedings Pending Transfer to MultiDistrict Litigation* by Merck & Co. Inc., A New Jersey Corporation. (Miyagi, Erick) (Entered: 04/23/2007) |
| 04/24/2007 | 7 | ORDER granting 6 Motion to Stay. Signed by Judge James J. Brady on 04/24/07. (PAH, ) (Entered: 04/24/2007) |
| 04/30/2007 | 8 | Letter dated 04/26/07 from MDL Panel to Clerk, District of New York Re: Conditional Transfer Order (Not certified). (PAH, ) (Entered: 04/30/2007) |
| 05/07/2007 | 9 | Conditional Transfer Order to the Southern District of New York.. |

| | | |
|---|---|---|
| | | (PAH, ) (Entered: 05/07/2007) |
| 05/07/2007 | ↻10 | Letter dated 05/07/07 from Clerk, MDLA to Clerk, SDNY Re: Transfer of MDL Case (PAH, ) (Entered: 05/07/2007) |

Case #: 3:07-cv-00188-JJB-DLD