🖋AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____    District of    _____ Louisiana _____

Henry J. Augustus, IV

**SUMMONS IN A CIVIL ACTION**

V.

Merck & Co., Inc., a New Jersey Corporation

CASE NUMBER:

07-188-JJB-DLD

TO: (Name and address of Defendant)

Merck & Co., Inc.
  through their agent for service of process
CT Corporation
8550 United Plaza Boulevard
Baton Rouge, LA   70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip Bohrer
Scott E. Brady
Bohrer Law Firm
8712 Jefferson Highway
Suite B
Baton Rouge, LA   70809

an answer to the complaint which is served on you with this summons, within _____ 30 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nick J. Lorio

March 20, 2007

CLERK

_Pam Hancock_

(By) DEPUTY CLERK

)ATE

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

| *Check one box below to indicate appropriate method of service* |
|---|

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____     _____
                              Date                            *Signature of Server*


                                                          _____
                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.