

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Lawrence Talamo**　　　　　　　　　　　　　　　　　　　　　　　　**Telephone: 225-389-3500**
**Clerk of Court**　　　　　　　　　　　　　　　　　　　　　　　　　　**Facsimile: 225-389-3501**

March 16, 2004

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re:　CA 07-188 Augustus v Merck & Company

Dear Sir:

　　　Enclosed please find a docket sheet, civil cover sheet and a copy of the Complaint filed in the above captioned case. This is a potential MDL case.


　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　*Pam Hancock*
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure