AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Louisiana_____

Henry J. Augustus, IV

V.

Merck & Co., Inc., a New Jersey Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07-188-JJB-DLD

TO: (Name and address of Defendant)

Merck & Co., Inc.
 through their agent for service of process
CT Corporation
8550 United Plaza Boulevard
Baton Rouge, LA  70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip Bohrer
Scott E. Brady
Bohrer Law Firm
8712 Jefferson Highway
Suite B
Baton Rouge, LA  70809

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Nick J. Lorio                                                         March 20, 2007

CLERK                                                                 DATE

*Pam Hancock*

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 3/23/07 |
| NAME OF SERVER *(PRINT)* Mallory Bueche | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation, 8550 United Plaza Blvd, Baton Rouge, LA  70809

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/23/07
                Date

*Signature of Server*  Mallory Bueche

8712 Jefferson Highway, Suite B
Baton Rouge, LA   70809
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.