UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 APR 24 P 2: 17

BY DEPUTY CLERK

| | | |
|---|---|---|
| HENRY J. AUGUSTUS, IV, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO: 07-188-JJB-DLD |
| MERCK & CO., INC., | § | |
| Defendant | § | |

**ORDER**

Came on for consideration Defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending transfer of this case to *In re Fosamax Prods. Liab. Litig.*, MDL No. 1789, the multidistrict litigation proceeding that has been established in the Southern District of New York to coordinate federal product liability actions involving FOSAMAX®.

After due consideration, IT IS ORDERED that Defendant Merck & Co. Inc.'s motion is GRANTED. All pretrial proceedings and deadlines are hereby STAYED.

Signed this 24th day of April at Baton Rouge, Louisiana.

UNITED STATES DISTRICT JUDGE
JAMES J. BRADY