# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Nick J. Lorio
Clerk of Court

Telephone: 225-389-3500
Facsimile: 225-389-3501

May 7, 2007

J. Michael McMahon, Clerk
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 07-188-JJB-DLD Augustus v Merck & Co.

Dear Clerk:

Pursuant to order transferring the above captioned case to your Court, transmitted herewith are:

| | |
|---|---|
| **x** | Certified copy of docket entries |
| **x** | Certified copy of transferral order |
| **x** | Original case file documents — record document #    1-9 |

Please acknowledge receipt of the above documents on the copy of this letter.

Very truly yours,

Nick J. Lorio, Clerk

By:_____
Deputy Clerk