USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

**ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION**

Upon the oral motion of William J. Beausoleil, attorney for defendant Merck & Co., Inc., and said sponsor attorney's declaration that applicant James M. Doran, Jr. is a member in good standing of the bar of the United States District Court for the Middle District of Tennessee; and that applicant's contact information is as follows:

Applicant's Name: James M. Doran, Jr.

Firm Name: Waller Lansden Dortch & Davis

Address: Nashville City Center, 511 Union Street, Suite 2700

City/State/Zip: Nashville, Tennessee 37219

Telephone/Fax: (615) 850-8843/(615) 244-6804

Email Address: jim.doran@wallerlaw.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Merck & Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that James M. Doran, Jr, is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

NY 1161485_1 DOC

www.nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: June 5, 2007

New York, New York

*[signature: John F. Keenan]*
United States District Judge

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



## CERTIFICATE OF GOOD STANDING

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee, do hereby certified that **JAMES M. DORAN** was duly admitted to practice in said Court on **April 10, 1970,** and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on May 29, 2007.

KEITH THROCKMORTON, CLERK



Deputy Clerk